AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CAPITAL RISK MANAGEMENT, INC.

V.

ADVANCED HEALTHCARE MANAGEMENT CORPORATION; MILLENNIUM BUSINESS ASSOCIATION OF AMERICA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1104-m

TO: (Name and address of Defendant)

ADVANCED HEALTHCARE MANAGEMENT CORP.
C/O MR. PETER D. PERRY
251 NEW KARNER ROAD
ALBANY, NEW YORK 12205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Randall S. Haynes
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660

Mr. Gary Stephens
Attorney at Law
4170 Carmichael Court
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

November 23, 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CAPITAL RISK MANAGEMENT, INC.

V.

ADVANCED HEALTHCARE MANAGEMENT CORPORATION; MILLENNIUM BUSINESS ASSOCIATION OF AMERICA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1104-M

TO: (Name and address of Defendant)

MILLENNIUM BUSINESS ASSOCIATION OF AMERICA
C/O MR. ROBERT ALDUNATE
251 NEW KARNER ROAD
SUITE 302
ALBANY, NEW YORK 12205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Randall S. Haynes
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660

Mr. Gary Stephens
Attorney at Law
4170 Carmichael Court
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                November 23, 2005

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                   *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

