AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CAPITAL RISK MANAGEMENT, INC.

*Alias*

## SUMMONS IN A CIVIL ACTION

V.

ADVANCED HEALTHCARE MANAGEMENT CORPORATION; MILLENIUM BUSINESS ASSOCIATION OF AMERICA, INC.

CASE NUMBER: 2:05-cv-1104

TO: (Name and address of Defendant)

Advanced Healthcare Management Corp.
c/o Mr. Peter D. Perry
4 Primrose Lane
Albany, NY 12211-1361

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Randall S. Haynes
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660

Mr. Gary Stephens
Attorney at Law
4170 Carmichael Court
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 1/10/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CAPITAL RISK MANAGEMENT, INC.

*Alias*

**SUMMONS IN A CIVIL ACTION**

V.

ADVANCED HEALTHCARE MANAGEMENT CORPORATION; MILLENIUM BUSINESS ASSOCIATION OF AMERICA, INC.

CASE NUMBER: 2:05-cv-1104

TO: (Name and address of Defendant)

Millenium Business Association of America
c/o Mr. Robert Aldunate
421 New Karner Road
Albany, NY 12205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Randall S. Haynes
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660

Mr. Gary Stephens
Attorney at Law
4170 Carmichael Court
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 1/10/06