IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAPITAL RISK MANAGEMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05cv1104-VPM |
| | ) |
| ADVANCED HEALTHCARE | ) |
| MANAGEMENT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

The complaint in this civil case was filed four months ago on 17 November 2005. The docket sheet now reveals that after two attempts, the plaintiff has been unable to serve the defendants. Indeed, in the most recent attempt, the mail was returned to this court on 24 January 2006 marked "undeliverable". The Clerk has entered on the docket sheet that the summons have been "returned to counsel for process of service" on 17 February 2006. Because 120 days have elapsed since this case was commenced, and resolution of the case may require early disposition without service upon the defendants, it is in the best interest of justice that this case be referred to a district judge.

Accordingly, it is

ORDERED that the Clerk of the court shall refer this case to a district judge.

DONE this 16th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE