## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

March 16, 2006

# NOTICE OF REASSIGNMENT

RE:    Capital Risk Management, Inc. v. Advanced Healthcare Mgmt. Corp. et al
       Civil Action No. 2:05cv01104-VPM

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please  note that the case number is now 2:05cv01104-MHT.   This new case
number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk