STATE OF NEW YORK      MIDDLE - ALABAMA COUNTY      U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 2:05-cv-1104     AND FILED ON FEBRUARY 17, 2006
ATTORNEY(S) Morris, Haynes & Hornsby, Kathy Fox, Lgl Asst.

*Capital Risk Management Inc.*      Plaintiff(s)/Petitioner(s)
vs
*Advanced Healthcare Management Corporation, et al*      Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

**Ernest All**, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **4-1-06** at **5:50 P** M at **14 Leonardo Drive Clifton Park N.Y.** deponent (did, ~~did not~~) serve the within Summons in a Civil Action & Complaint

on: **Millenium Business Association of America**, **Defendant** (herein called recipient) therein named.

#1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. [ ]

#2 CORP. [X] — A **Domestic** corporation, by delivering thereat a true copy of each to **Robert Alcunate** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **Business Owner** thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON [ ] — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY [ ] — On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

#6 NON-SERVICE [ ] — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

#7 DESCRIPTION [X] (use with #1, 2 or 3) — A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex **M** Color of skin **white** Color of hair **Black** Approx.Age **50** Approx.Height **5'9"**
Approx. weight **165** Other **(gray) Mustache**

#8 WIT. FEES [ ] — $ ____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
**4** day of **April** ~~March~~ 2006

*S. Anne Peters*          **Ernest All**
S. ANNE PETERS
Notary Public, State of New York
Qualified in Rensselaer County
No. 01PE4766318
Commission Expires Oct. 31, 2009

Invoice•Work Order # 0603546

ALEXANDER, POOLE & CO., INC. • 112 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

Case 2:05-cv-01104-MHT-VPM    Document 7    Filed 05/03/2006    Page 2 of 2