IN THE UNITED STATS DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CAPITAL RISK MANAGEMENT, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV-2:05-cv-1104-M |
| | * | |
| **ADVANCED HEALTHCARE** | * | |
| **MANAGEMENT CORPORATION;** | * | |
| **MILLENNIUM BUSINESS** | * | |
| **ASSOCIATION OF AMERICA, Inc.,** | * | |
| | * | |
| Defendants. | * | |

### PLAINTIFF'S APPLICATION TO CLERK FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff in the above styled action and pursuant to Rule 55 (a) and (b) of the *Alabama Rules of Civil Procedure* moves this Honorable Court to enter default against Defendant, Millennium Business Association of America, Inc.

        s/Randall S. Haynes
        RANDALL S. HAYNES (HAYNR2865)
        Attorney for Plaintiff

OF COUNSEL:

**MORRIS, HAYNES & HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served upon parties to this proceeding as follows by U. S. Mail, postage pre-paid, on this the 30th day of May, 2006.

    Robert G. Aldunate
    14 Leonardo Drive
    Clifton Park, NY 12065

                                      s/Randall S. Haynes
                                      OF COUNSEL

Case 2:05-cv-01104-MHT-VPM   Document 8   Filed 05/30/2006   Page 2 of 2