IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAPITAL RISK MANAGEMENT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-1104-M |
| ) | |
| ADVANCED HEALTHCARE MANAGEMENT ) | |
| CORPORATION; MILLENNIUM BUSINESS ) | |
| ASSOCIATION OF AMERICA, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY OF DEFAULT

It appearing that defendant Millennium Business Association of America, was duly served with a copy of the summons and complaint on April 1, 2006, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on May 30, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Millennium Business Association of America.

DONE THIS  27th  day of  July , 2006 .

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA