IN THE UNITED STATS DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CAPITAL RISK MANAGEMENT, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV-2:05-cv-1104-M |
| | * | |
| **ADVANCED HEALTHCARE** | * | |
| **MANAGEMENT CORPORATION;** | * | |
| **MILLENNIUM BUSINESS** | * | |
| **ASSOCIATION OF AMERICA, Inc.,** | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR HEARING

COMES NOW the Plaintiff in the above styled action and respectfully requests a hearing for damages to be set pertaining to the Entry of Default entered on July 27, 2006 against Defendant Millennium Business Association of America.

                                s/ Randall S. Haynes
                                RANDALL S. HAYNES
                                Attorney for Plaintiff

OF COUNSEL:

**MORRIS, HAYNES & HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been served upon all parties to this proceeding as follows by U. S. Mail, postage pre-paid, on this the 16th day of August, 2006.

    Robert G. Aldunate
    14 Leonardo Drive
    Clifton Park, NY 12065

                              s/ Randall S. Haynes
                              OF COUNSEL