IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CAPITAL RISK MANAGEMENT, INC.,** | * | |
|     **PLAINTIFF,** | * | |
| | * | |
| v. | * | 2:05cv1104-MHT |
| | * | |
| **ADVANCED HEALTHCARE** | * | |
| **MANAGEMENT CORP., et al.,** | * | |
|     **DEFENDANTS.** | * | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and files this notice of appearance in the above referenced case. The undersigned will represent the Plaintiff, Capital Risk Management, Inc., along with current counsel of record, Randall S. Haynes and Gary Stephens.

Respectfully submitted on this the 17th day of August, 2006.

**MORRIS, HAYNES & HORNSBY**

/s Nancy L. Eady
Nancy L. Eady
Attorney for Plaintiff
EAD004

Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000

Also Counsel for Plaintiff:

Mr. Randall S. Haynes
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660

Mr. Gary Stephens
Attorney at Law
4170 Carmichael Court
Montgomery, Alabama 36106

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been served upon parties to this proceeding as follows by U. S. Mail, postage pre-paid, on this the 17th day of August, 2006.

    Robert G. Aldunate
    14 Leonardo Drive
    Clifton Park, NY 12065

                                        s/Nancy L. Eady
                                        OF COUNSEL