## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CAPITAL RISK MANAGEMENT, INC.,** | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **v.** | * | **2:05cv1104-MHT** |
| | * | |
| **ADVANCED HEALTHCARE** | * | |
| **MANAGEMENT CORP., et al.,** | * | |
| **DEFENDANTS.** | * | |

### MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff in the above styled cause and moves this Honorable Court, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for judgment by default.  In support thereof, Plaintiff respectfully shows the court the following:

1.      This is an action for wanton administration of a health care plan and for breach of contract.  The Plaintiff has requested both compensatory and punitive damages.

2.      The Defendant Millennium Business Association of America, Inc. has failed to plead or appear or is otherwise subject to a default judgment as provided by the Federal Rules of Civil Procedure as shown by affidavit attached to motion for entry of default previously filed herein, a copy of which affidavit is attached to this motion as Exhibit A.

3.      Defendant's default was entered by the clerk on the 27th day of July, 2006.

4.      Defendant is liable to plaintiff for damages by reason of the facts shown in the complaint in this matter.

5.      Defendant is not an infant, incompetent person or otherwise under disability.

WHEREFORE, the Plaintiff prays the Court for the following relief:

1)      A default judgment against the defendant, Millennium Business Association of

America, Inc. ;

2)    A hearing date before this Honorable Court to determine the amount of damages

due under the default; and

3)    Any such further relief under Rule 55 of the Federal Rules of Civil Procedure as

may be necessary to enter the default judgment and/or carry it into effect.

Done on this the 17th day of August, 2006.

**MORRIS, HAYNES & HORNSBY**


_____/s Nancy L. Eady_____
Nancy L. Eady
Attorney for Plaintiff
EAD004

Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000

Also Counsel for Plaintiff:

Mr. Randall S. Haynes
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660

Mr. Gary Stephens
Attorney at Law
4170 Carmichael Court
Montgomery, Alabama 36106

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon parties to this proceeding as follows by U. S. Mail, postage pre-paid, on this the 17th day of August, 2006.

Millennium Business Association of America, Inc. c/o
Robert G. Aldunate
14 Leonardo Drive
Clifton Park, NY 12065

s/Nancy L. Eady
OF COUNSEL