CV 2:05-1104-M

STATE OF ALABAMA )

COUNTY OF TALLAPOOSA )

## AFFIDAVIT OF RANDALL S. HAYNES

Randall S. Haynes, being duly sworn, deposes and says:

1. That he is the Attorney of Record for the Plaintiff, and has personal knowledge of the facts set forth in this affidavit.

2. That the Defendant was duly served with a copy of the summons, together with a copy of Plaintiff's Complaint, on April 1, 2006.

3. That more than 20 days have elapsed since the date on which the said Defendant was served with the summons and a copy of the Complaint.

4. That the Defendant has failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense which it might have upon the undersigned attorney of record for the Plaintiff.

5. That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the *Federal Rules of Civil Procedure*, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant, for its failure to answer or otherwise defend as to the Plaintiff's Complaint.

Done this the 14th day of June, 2006.

_____
RANDALL S. HAYNES (HAY006)
Attorney for Plaintiff

Sworn to and subscribed before me this the 14th day of June, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 10/16/06