IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAPITAL RISK MANAGEMENT, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ADVANCED HEALTHCARE )<br>MANAGEMENT CORPORATION, )<br>etc.; and MILLENNIUM )<br>BUSINESS ASSOCIATION OF )<br>AMERICA, INC., etc., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:05cv1104-MHT |

ORDER

It is ORDERED as follows:

(1) Plaintiff Capital Risk Management, Inc.'s motion for default judgment (doc. no. 14) is set for an evidentiary hearing on September 8, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.  The court has assumed that plaintiff does not want a jury trial on the motion (in particular, to

determine damages), but if it does, it must let the court know in writing within seven days.

(2) Defendant Millennium Business Association of America, Inc. is allowed until October 30, 2006, to file a response if it so desires.

(3) By September 5, 2006, plaintiff Capital Risk Management, Inc. is to submit proposed findings of fact and conclusions of law.  They should be submitted to the court both (a) by officially filing them in CM/ECF with the court in an Adobe Acrobat PDF format and (b) by transmitting an electronic copy of them to the court as an attachment to an email message sent to <propord_thompson@almd.uscourts.gov>.  The latter, electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

DONE, this the 18th day of August, 2006.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE