IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CAPITAL RISK MANAGEMENT, INC.,** | * | |
|     **PLAINTIFF,** | * | |
| | * | |
| v. | * | **2:05cv1104-MHT** |
| | * | |
| **ADVANCED HEALTHCARE** | * | |
| **MANAGEMENT CORPORATION,** a | * | |
| corporation; **MILLENNIUM BUSINESS** | * | |
| **ASSOCIATION OF AMERICA, Inc.,** a | * | |
| corporation, | * | |
|     **DEFENDANTS.** | * | |

**SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

COMES NOW the Plaintiff in the above referenced case and pursuant to this Court's order of August 18, 2006, submits its proposed order on its motion for default judgment. As required by the August 18 order, a copy of the proposed order is also being transmitted electronically to this Court in WordPerfect format.

Respectfully submitted on this the 5th day of September, 2006.

                                                    **MORRIS, HAYNES & HORNSBY**

                                                  /s Randall S. Haynes
                                                      Attorney for Plaintiff
                                                        HAY006

Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000

Also Counsel for Plaintiff:

Ms. Nancy L. Eady
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660

Mr. Gary Stephens
Attorney at Law
4170 Carmichael Court
Montgomery, Alabama 36106

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been served upon all parties to this proceeding as follows by U. S. Mail, postage pre-paid, on this the 5th day of September, 2006.

    Robert G. Aldunate
    14 Leonardo Drive
    Clifton Park, NY 12065

                                              s/ Randall S. Haynes
                                                 OF COUNSEL