# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE                AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   SEPTEMBER 8, 2006           AT        10:00        A.M./P.M.

DATE COMPLETED   SEPTEMBER 8, 2006           AT        10:20        A.M./P.M.

```
CAPITAL RISK MANAGEMENT, INC.          )
                                       )
        Plaintiff                      )
                                       )
    v                                  )   CA No. 2:05cv1104-MHT
                                       )
ADVANCED HEALTHCARE MANAGEMENT         )
CORPORATION, et al,                    )
                                       )
        Defendants                     )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Attys Randall Haynes, Gary Stephens | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| James Dickens, | Sheila Carnes, | Tashwanda Pinchback, |
| Court Reporter | Courtroom Clerk | Law Clerk |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   EVIDENTIARY HEARING


10:00 a.m.     Court convened.
               Evidentiary hearing commenced on plaintiff's motion for
               default judgment (dn 14).
10:20 a.m.     Matter taken under advisement.
               Court adjourned.