IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CAPITAL RISK MANAGEMENT, INC.        )
                                     )
            Plaintiff                )
                                     )
       v                             )        CA No. 2:05cv1104-MHT
                                     )
ADVANCED HEALTHCARE MANAGEMENT       )
CORPORATION, et al                   )
                                     )
            Defendants               )

---

      PLAINTIFF                              DEFENDANTS


                    WITNESS LIST


1)  Ron Howard