IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAPITAL RISK MANAGEMENT,     )
INC.,                        )
                             )
    Plaintiff,               )
                             )  CIVIL ACTION NO.
    v.                       )  2:05cv1104-MHT
                             )       (WO)
MILLENNIUM BUSINESS          )
ASSOCIATION OF AMERICA,      )
Inc., a corporation,         )
                             )
    Defendant.               )
```

JUDGMENT AND INJUNCTION

In accordance with the default judgment order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff Capital Risk Management, Inc.'s motion for default judgment (Doc. No. 14) is granted.

(2) Judgment is entered in favor of plaintiff Capital Risk Management, Inc. against defendant Millennium Business Association of America, Inc.

(3) Plaintiff Capital Risk Management, Inc. shall have and recover from defendant Millennium Business

Association of America, Inc. the sum of $ 1,157,000.00 in compensatory damages.

(4) Plaintiff Capital Risk Management, Inc. shall recover from defendant Millennium Business Association of America, Inc. the additional sum equal to pre-judgment interest for the AHA claims-account payment and the January-through-June payments at a 6 % interest rate.

(5) Plaintiff Capital Risk Management, Inc. shall recover from defendant Millennium Business Association of America, Inc. the additional sum of $ 1,157,000.00 in punitive damages.

(6) Defendant Millennium Business Association of America, Inc., its officers, agents, servants, and employees, and those persons in active concert or participation with them who receive actual notice of tis judgment by personal service or otherwise, are each ENJOINED and RESTRAINED from failing to return, within 21 days, to plaintiff Capital Risk Management Inc., the stock certificate that plaintiff Capital Risk Management

Inc. gave to defendant Millennium Business Association of America, Inc. as collateral.

It is further ORDERED that costs are taxed against defendant Millennium Business Association of America, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of September, 2006.

                                                   /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE