IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAPITAL RISK MANAGEMENT,    )
INC.,                       )
                            )
      Plaintiff,            )
                            )        CIVIL ACTION NO.
      v.                    )        2:05cv1104-MHT
                            )            (WO)
ADVANCED HEALTHCARE         )
MANAGEMENT CORPORATION,     )
etc.; and MILLENNIUM        )
BUSINESS ASSOCIATION OF     )
AMERICA, INC., etc.,        )
                            )
      Defendants.           )
```

ORDER

Upon consideration of plaintiff Capital Risk Management, Inc.'s motion to dissolve the writ of garnishment (doc. no. 33), it is ORDERED that the motion is granted, the writ of garnishment (doc. no. 25) is dissolved, and the garnishee, Citibank, Danbury Location, 132 Federal Road, Brookfield, CT 06804, is dismissed.

DONE, this the 29th day of April, 2010.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE